IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEBA OSAMA HASSAN          :          CIVIL ACTION
ABULSHEOUR and MARK IBRAHIM  :
SAID MAKAR                          :          No.  24-548
                                             :
                    v.              :
                                             :
ALEJANDRO MAYORKAS et al.     :

## ORDER

AND NOW, this 19th day of December, 2024, upon consideration of Defendants' Motion

to Dismiss (ECF No. 12) and Plaintiffs Heba Osama Hassan Abulsheour and Mark Ibrahim Said

Makar's response thereto, it is hereby ORDERED the motion is GRANTED IN PART and

DENIED IN PART.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.